UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

-----------------------------------------------------------X

JUDD MANN,

                Plaintiff,                              7: 22 **CIVIL** 9381 (AEK)

      -v-                                    **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated July 5, 2023, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Commissioner will offer the plaintiff the opportunity for a new hearing and will issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

       July 5, 2023

                                                                                      **RUBY J. KRAJICK**

                                                                                        **Clerk of Court**

                                       **BY:**

                                                                                         **Deputy Clerk**